United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                Case No. 23-02869-HWV
Jayme Crystal Trahey                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                            User: AutoDocke                                                    Page 1 of 2
Date Rcvd: Jan 25, 2024                        Form ID: ntcnfhrg                                              Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jayme Crystal Trahey, 913 South Progress Avenue, Harrisburg, PA 17111-1735 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Jan 25 2024 18:54:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5585453 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 18:58:43 | CBNA / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 5585452 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 18:58:37 | Capital One Bank USA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5590516 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 18:58:33 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5585455 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 25 2024 18:58:33 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5585454 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 25 2024 18:58:41 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 5590822 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 25 2024 18:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5585456 | + | Email/Text: Unger@Members1st.org | Jan 25 2024 18:54:00 | Members 1st Federal Credit Union, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5585457 | | Email/Text: electronicbkydocs@nelnet.net | Jan 25 2024 18:54:00 | Nelnet, 121 South 13th Street, PO Box 82561, Lincoln, NE 68501-2561 |
| 5585458 | + | Email/Text: blegal@phfa.org | Jan 25 2024 18:54:00 | PA Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5585459 | + | Email/Text: BKMAIL@planethomelending.com | Jan 25 2024 18:54:00 | Planet Home Lending, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 5585460 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 18:58:50 | Synchrony Bank / Lowe's, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 5585461 | + | Email/Text: bncmail@w-legal.com | Jan 25 2024 18:54:00 | TD Bank USA / Target Card, PO Box 673, Minneapolis, MN 55440-0673 |
| 5588284 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 25 2024 18:54:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, LINCOLN, NE 68508-1904 |
| 5585462 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 25 2024 18:54:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Leon P Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| Michael Patrick Farrington | on behalf of Creditor Planet Home Lending  LLC mfarrington@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Jayme Crystal Trahey pmurphy@dplglaw.com  kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jayme Crystal Trahey,
fka Jayme Crystal Peterson,

Chapter 13

**Debtor 1**

Case No. 1:23−bk−02869−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 21, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: February 28, 2024<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 25, 2024 |

ntcnfhrg (08/21)