# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Jayme Crystal Trahey, <br> fka Jayme Crystal Peterson, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:23–bk–02869–HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on April 25, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 13, 2024

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Jayme Crystal Trahey<br>f/k/a Jayme Crystal Peterson<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:23-BK-02869-HWV<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, June 14, 2024, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-1
Case 1:23-bk-02869-HWV
Middle District of Pennsylvania
Harrisburg
Thu Apr 25 15:30:02 EDT 2024

Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA 17101-1406

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

CBNA / Best Buy
50 Northwest Point Road
Elk Grove Village, IL 60007-1032

Capital One Bank USA
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Credit One Bank
PO Box 98875
Las Vegas, NV 89193-8875

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Members 1st FCU
PO Box 8893
Camp Hill, PA 17001-8893

Members 1st Federal Credit Union
5000 Marketplace Way
Enola, PA 17025-2431

Nelnet
121 South 13th Street
PO Box 82561
Lincoln, NE 68501-2561

PA Housing Finance Agency
211 North Front Street
Harrisburg, PA 17101-1406

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Planet Home Lending
321 Research Parkway, Suite 303
Meriden, CT 06450-8342

Planet Home Lending, LLC
321 Research Pkwy #303
Meriden, CT 06450-8342

Synchrony Bank
by AIS InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

Synchrony Bank / Lowe's
Attn: Bankruptcy Department
PO Box 965061
Orlando, FL 32896-5061

TD Bank USA / Target Card
PO Box 673
Minneapolis, MN 55440-0673

TD Bank USA, N.A.
C/O Weinstein & Riley, P.S.
1415 WESTERN AVE, SUITE 700
SEATTLE, WA 98101-2051

U.S. Department of Education c/o Nelnet
121 S 13th St
LINCOLN, NE 68508-1904

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Jayme Crystal Trahey
913 South Progress Avenue
Harrisburg, PA 17111-1735

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Card                          PORTFOLIO RECOVERY ASSOCIATES, LLC    Jack N Zaharopoulos
PO Box 15298                        POB 41067                             Standing Chapter 13
Wilmington, DE 19850                Norfolk, VA 23541                     (Trustee)
                                                                          8125 Adams Drive, Suite A
                                                                          Hummelstown, PA 17036
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Planet Home Lending, LLC         (d)Pennsylvania Housing Finance Agency   End of Label Matrix
                                    211 North Front Street                   Mailable recipients   27
                                    Harrisburg, PA 17101-1406                Bypassed recipients    2
                                                                             Total                 29
```